REDACTED

## United States District Court

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

EMMANUEL COOPER

**Criminal Complaint**

CASE NUMBER: 08-*133-M*

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 28, 2008, in the State and District of Delaware, Defendant Emmanuel Cooper, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Rossi, model 351, .38 Special-caliber handgun, after having been convicted on or about October 25, 2004, of a crime punishable by imprisonment for a term exceeding one year, in the Delaware County Court of Common Pleas, in the Commonwealth of Pennsylvania, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

I further state that I am a(n) __Special Agent of the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF)__, and that this complaint is based on the following facts:

See attached Affidavit.

Continued on the attached sheet and made a part hereof:   Yes X

_____
Signature of Complainant
Jason M. Kusheba
Special Agent, ATF

Sworn to before me and subscribed in my presence,

__July 29, 2008__                 at __Wilmington, DE__
Date                                              City and State

Honorable Leonard P. Stark
United States Magistrate Judge                _____
Name & Title of Judicial Officer                Signature of Judicial Officer

**AFFIDAVIT**

The affiant being duly sworn, deposes and states the following:

I, Jason M. Kusheba, being duly sworn, state as follows:

1. I am a Special Agent with the U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and have been so employed for over seven years. During that time, my duties have included the investigation of firearms offenses at both the State and Federal levels. Your Affiant is currently assigned to the Operation Disarm Task Force and has been so assigned since October, 2003. During the course of your affiant's law enforcement career, your affiant has received law enforcement training on the investigation of firearms offenses on over fifty occasions. Your affiant has participated in over one hundred investigations of firearms offenses and participated in the seizure of over fifty firearms. Your Affiant has also had over one hundred conversations with police officers and Federal agents about the facts and circumstances of firearms offenses. Your Affiant has been employed as a law enforcement officer in various capacities since 1997.

2. The seizure of all the below stated evidence occurred on 07/28/2008, in the City of Wilmington, State and District of Delaware. I am the case agent responsible for the investigation in aid of which the application is being made. This affidavit is based on your affiant's personal knowledge and observations, as well as information provided to me by other law enforcement officers.

3. On or about 07/28/2008, your Affiant interviewed a confidential source, herein referred to as CS, who is currently on Federal Probation. The CS stated that she lives at      Marshall Street, Wilmington, DE, with Emmanuel Cooper, and two children ages four and two. The CS stated that on or about 07/26/08, she found a firearm that Cooper was hiding under the television in the master bedroom that she occupies with him. The CS described the firearm as a revolver that is black in color.

4. Your affiant has reviewed Emmanuel COOPER'S criminal history from the National Crime Information Center (NCIC). COOPER'S criminal history indicated that on or about 10/25/2004, he was found guilty of possession with intent to deliver or manufacture a controlled substance, in the Delaware County Court of Common Pleas, for the State of Pennsylvania, which is a crime punishable by imprisonment for a term exceeding one year. This conviction prohibits COOPER from possessing any firearms.

5. On or about 07/28/2008, ATF Special Agents, Detectives from the Operation Disarm Task Force, and Officers from the Wilmington Police Department executed a Federal search warrant at Cooper's residence. As a result of the search, Officers recovered a Rossi, model 351, .38 Special-caliber handgun. This firearm was loaded with five (5) .38 Special-caliber rounds of ammunition. This firearm was found beneath a television located in the master bedroom of the residence. Also located in the

residence, were various documents in the name of the Defendant, including letters addressed to the Defendant at that address.

6. On or about the same date, your Affiant and another ATF Special Agent interviewed the Defendant. Prior to questioning, your Affiant advised the defendant of his Miranda warnings. The Defendant stated that he understood his rights, waived his right to remain silent and agreed to answer questions. The Defendant stated that he lives         Marshall Street, Wilmington, DE with his girlfriend and two children, ages four and two. The Defendant stated that he has been living at this address for approximately six to seven months. The Defendant stated that he was going to take responsibility for the firearm that was found in the residence. The defendant then indicated that he was not going to answer any further questions.

7. From you affiant's training and experience, and from prior discussions with ATF Agents who are expertly trained and experienced in determining the interstate nexus of firearm, your affiant knows that the above mentioned firearm was manufactured in a country other than the United States. As such, the firearm necessarily crossed state lines prior to the defendant's possession of it in Delaware. Therefore, the defendant's possession of this firearm in Delaware has affected interstate and foreign commerce.

8. Based upon your affiant's training and experience your affiant submits that there is probable cause to believe that the above-mentioned seized Rossi, model 351, .38 Special-caliber handgun contained the frame and receiver of a firearm, and that the firearm appear to be capable of expelling a projectile by action of an explosive.

9. Wherefore, based upon your affiant's training and experience, your affiant submits that there is probable cause to believe that the defendant violated Title 18 U.S.C. Section 922(g) and 924(a)(2) by possessing in and affecting interstate commerce a firearm, after having previously been convicted of a felony crime punishable by imprisonment for a term exceeding one year, and respectfully requests that the Court issue a Criminal Complaint charging that offense.

_____
Jason Kusheba
Special Agent, ATF


Sworn to and subscribed in my presence
this 29th day of Jul     2008.

_____
Honorable Leonard P. Stark
United States Magistrate Judge